ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
)
Waterman Steamship Corporation ) ASBCA No. 59702
)
Under Contract No. N00033-11-C-5503 )

APPEARANCES FOR THE APPELLANT: Eric J. Marcotte, Esq.
Kyle E. Gilbertson, Esq.
Vedder Price P.C.
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Richard A. Gallivan, Esq.
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 12 March 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59702, Appeal of Waterman Steamship Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals